1  G. David Robertson, Esq., (SBN 1000)
   Jonathan J. Tew, Esq., (SBN 11874)
2  ROBERTSON, JOHNSON, MILLER & WILLIAMSON
   50 West Liberty Street, Suite 600
3  Reno, Nevada 89501
   (775) 329-5600
4  (775) 348-8300
   gdavid@nvlawyers.com
5  jon@nvlawyers.com
   Attorneys for Defendants
6

```
____ FILED         ____ RECEIVED
____ ENTERED       ____ SERVED ON
           COUNSEL/PARTIES OF RECORD

              JUN 10 2013

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY: _____ DEPUTY
```

7              UNITED STATES DISTRICT COURT

8            IN AND FOR THE DISTRICT OF NEVADA

9  BRANCH BANKING AND TRUST COMPANY,
   a North Carolina banking corporation,
10                                              Case No. 3:13-cv-00235-RCJ-VPC
         Plaintiff,
11                                              STIPULATION AND [PROPOSED]
   vs.                                          ORDER REQUESTING EXTENSION
12                                              OF TIME TO ANSWER OR
   MICHAEL E. JARRETT, an individual; D.        OTHERWISE PLEAD
13 GERALD BING, JR., an individual; D. GERALD
   BING, JR., Trustee of the D. GERALD BING, JR. (first requested extension)
14 TRUST dated January 17, 2000; and DOES 1
   through 10, inclusive.
15
         Defendants.
16

17         Defendants, by and through their counsel of record, the law firm of Robertson, Johnson,

18 Miller & Williamson, and Plaintiff, by and through its counsel of record, the law firm of Holland

19 and Hart, in accordance with Local Rules 6-1 and 6-2,

20         HEREBY STIPULATE and submit this request for an order enlarging the June 7, 2013

21 deadline to answer or otherwise respond to Plaintiff's Complaint, up to and including Friday,

22 June 21, 2013.

23         The extension of deadline set forth herein is necessary because Defendants' counsel has

24 just recently been retained, and will be attending the Western Trial Lawyers Association

25 conference from June 10, 2013 to June 14, 2013. Plaintiff's counsel is agreeable to the extension

26 of the deadline as set forth herein.

27         The parties affirm that this Stipulation is brought in good faith and not for the purpose of

28 delaying this matter.

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION
PAGE 1

| | |
|---|---|
| 1  ROBERTSON, JOHNSON, MILLER<br>    & WILLIAMSON<br> 2  50 West Liberty Street, Suite 600<br>    Reno, Nevada 89501<br> 3<br> 4  By: _____<br>        G. David Robertson, Esq.<br> 5      Attorneys for Defendants | HOLLAND & HART LLP<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada 89511<br><br>By: _____<br>    Timothy A. Lukas, Esq.<br>    Jerry M. Snyder, Esq.<br>    Attorneys for Plaintiff |

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: June 10, 2013

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno, Nevada 89501

STIPULATION
PAGE 2