Timothy A. Lukas (SBN 4678)
Frank Z. LaForge (SBN 12246)
Tamara J. Reid (SBN 9840)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511
(775) 327-3000
(775) 786-6179 fax
tlukas@hollandhart.com
fzlaforge@hollandhart.com
treid@hollandhart.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, a North Carolina banking corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL E. JARRETT, an individual; D. GERALD BING, JR., an individual; D. GERALD BING, JR., Trustee of the D. GERALD BING, JR. TRUST dated January 17, 2000; and DOES 1 through 10, inclusive.<br><br>    Defendants. | CASE NO.:<br>3:13-CV-00235-RCJ-VPC<br><br><br>**STIPULATION AND PROPOSED ORDER TO WITHDRAW ALL PENDING MOTIONS AND CLOSE CASE** |

Plaintiff and Defendants hereby stipulate to the following:

- On June 9, 2014, the Court entered judgment in this case in favor of Plaintiff. (Dkt. 70.)

- Defendants subsequently filed a notice of appeal to the Ninth Circuit Court Of Appeals and sought certain forms of post-judgment relief before this Court.

- Plaintiff, on the other hand, sought to enforce its judgment against Defendants in this Court.
- On November 14, 2014, Plaintiff and Defendants reached a Settlement And Forbearance Agreement in this case pursuant to which Defendants dismissed their appeal.
- Given the Settlement, the parties agree that any pending motions in this case are moot and hereby withdraw them.

DATED: March 20, 2015.

  /s/ Frank Z. LaForge  
Timothy A. Lukas (SBN 4678)  
Frank Z. LaForge (SBN 12246)  
Tamara J. Reid (SBN 9840)  
HOLLAND & HART LLP  
5441 Kietzke Lane, Second Floor  
Reno, Nevada 89511  

Attorneys for Plaintiff

DATED: March 20, 2015.

  /s/ Jonathan Joel Tew  
G. David Robertson (SBN 1000)  
Jonathan Joel Tew (SBN 11874)  
Robertson, Johnson, Miller, & Williamson  
50 West Liberty Street, Suite 600  
Reno, Nevada 89501  

Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

_____  
U.S. DISTRICT COURT JUDGE

DATED: March 27, 2015